UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| T. CURTIS & COMPANY, P.C.  * <br> 8957 P Edmonston Road <br> Greenbelt, MD 20770   * <br>    A Maryland Corporation <br>                                  * <br>    Plaintiff <br>                                    * <br> Vs. <br>                                    * <br> ENVISION HOSPITAL CORPORATION <br> (f/k/a Doctors Community Healthcare Corp.)* <br>    A Delaware corporation <br> Serve: CT Corporation System  * <br>       1015 15th Street, NW <br>       Suite 1000  * <br>       Washington, DC 20005 <br>                                    * <br> GREATER SOUTHEAST COMMUNITY <br> HOSPITAL CORPORATION I <br>    A Delaware corporation  * <br> Serve: CT Corporation System <br>       1015 15th Street, NW  * <br>       Suite 1000 <br>       Washington, DC 20005  * <br>    Defendants   * | Case: 1:07-cv-02259 <br> Assigned To : Sullivan, Emmet G. <br> Assign. Date : 12/17/2007 <br> Description: CONTRACT |

## COMPLAINT

COMES NOW your plaintiff, T. CURTIS & COMPANY, P.C., by and through its attorneys Robinson & Geraldo and Manuel R. Geraldo, and complains for amounts due from defendants pursuant to a settlement agreement entered into between the parties stating as follows:

1

## Introduction

1. This is a complaint to collect at least $1,075,000.00 due under a General Release and Settlement Agreement entered into among Envision Hospital Corporation, Greater Southeast Community Hospital Corporation I and T. Curtis & Company, P.C.

2. Envision Hospital Corporation was formerly known as Doctors Community Healthcare Corporation, and is the parent company of Greater Southeast Community Hospital Corporation I.

## Jurisdiction

3. Plaintiff is a citizen of the State of Maryland under the laws of the State of Maryland having its principal place of business in the State of Maryland and Defendants are corporations incorporated in states other than the State of Maryland having its principal place of business in a state other than the State of Maryland.

4. Defendant Greater Southeast Community Hospital Corporation I (the "Hospital") is a Delaware corporation with its principal place of business in the District of Columbia.

5. Defendant Envision Hospital Corporation is a Delaware corporation which is a successor to Doctors Community Healthcare Corporation and maintains its principal place of business in Scottsdale, Arizona.

6. The matter in controversy is over $1,000,000.00 and exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

## Factual Background

7. Defendants owe Plaintiff at least $1,075,000.00 under a Settlement Agreement attached as Exhibit A (the "Agreement").

8. That attached hereto as Exhibit A is a true and correct copy of the General Release and Settlement Agreement entered into among the parties.

9. The Agreement was entered into among the parties in resolution of a dispute among the parties in connection with a Revenue Cycle Management Services Agreement dated as of August 26, 2005.

10. Under the Agreement, Exhibit A, Defendants agreed to pay Plaintiff the sum of $100,000.00 monthly beginning July 2006 through December 2006 and the sum of $50,000.00 monthly beginning January 2007 through August 2008.

11. Under the Agreement, Exhibit A, Defendants agreed that if Greater Southeast Hospital was sold prior to August 2008 or otherwise disposed of, all remaining payments due under the Agreement were accelerated and they would pay Plaintiff the remaining payments within thirty (30) days after consummation of sale.

12. Defendants paid Plaintiff through June 2007, but were not current in their obligations to Plaintiff under the Agreement.

13. Defendants are in default of the Agreement for the months they have failed to pay Plaintiff.

14. Defendants sold Greater Southeast Hospital to Specialty Hospitals of America, LLC on or about November 7, 2007.

15. As of November 7, 2007, the total sum due to Plaintiff from Defendants under the Agreement, Exhibit A, is $1,075,000.00, none of which has been paid.

16. Plaintiff has requested Defendants to pay the balance due under the Agreement but Defendants have failed to do so.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, for the sum of $1,075,000.00 plus interest and costs and such other relief as this Court deems appropriate.

## VERIFICATION OF COMPLAINT

I, Tanya Curtis, President of T. Curtis and Company, P.C., hereby declare under the penalties of perjury that the statements made in this complaint are true and correct including the amount that is owed to T. Curtis & Company by the Defendants, and are based upon my personal knowledge.

*/s/ Tanya Curtis*
Tanya Curtis

Respectfully submitted,

Robinson & Geraldo

*/s/ Manuel R. Geraldo*
Manuel R. Geraldo, Bar No. 260216
1316 Pennsylvania Ave., SE
Washington, DC 20003
Tel.: (202) 544-2888
Fax: (202) 547-8342
Email: mgeraldo@rglaw.net
Counsel for Plaintiff

\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

| TIME RECEIVED | REMOTE CSID | D   TION | PAGES | STATUS |
|---|---|---|---|---|
| Tue, 12 Sep 2006 08:28:46 ./00 | 4803489800 | 9. | 4 | Received |

09/12/2006  08:28    4803489800                         DCHC                                        PAGE  01

# GENERAL RELEASE AND SETTLEMENT AGREEMENT

This General Release and Settlement Agreement (this "Agreement") is entered into by and among T. Curtis & Company, P.C., a Maryland professional corporation, on behalf of itself, its shareholders, employees, affiliates, agents, assignees and legal representatives ("T. Curtis"), Doctors Community Healthcare Corporation, a Delaware corporation ("DCHC"), and Greater Southeast Community Hospital Corporation I, a Delaware corporation, on behalf of itself, its shareholders, employees, affiliates, agents, assignees and legal representatives (the "Hospital").

WITNESSETH:

WHEREAS, T. Curtis and the Hospital entered into a Revenue Cycle Management Services Agreement dated as of August 26, 2005 (the "Revenue Cycle Agreement"), pursuant to which T. Curtis provided certain accounts receivable services on behalf of the Hospital; and

WHEREAS, a dispute has arisen under the Agreement that parties have settled, as reflected by the terms and conditions of this Agreement; and

WHEREAS, DCHC is the parent corporation of the Hospital and is benefited by the settlement of the dispute between the parties.

NOW, THEREFORE, in consideration of the promises contained herein and for other good and valuable consideration, the amount and sufficiency of which are hereby acknowledged, the parties agree:

1. **Termination of Revenue Cycle Agreement.** The Revenue Cycle Agreement is terminated effective June 30, 2006. Except as specifically set forth in this Agreement, no party shall have any further obligation to the others pursuant to the Revenue Cycle Agreement.

2. **Payments.** In consideration of T. Curtis' agreement to (a) terminate the Revenue Cycle Agreement prior to the expiration of its term, (b) provide reasonable assistance as


Exhibit A

09/12/2006  08:28   4803489800                              DCHC                                              PAGE  02

requested by the Hospital or DCHC in the transition of revenue cycle management services to the successor chosen by DCHC and (c) abide by all obligations set forth in this Agreement, DCHC and/or Hospital will pay T. Curtis One Hundred Thousand Dollars ($100,000) in each of July, August, September, October, November and December, 2006, and will pay T. Curtis Fifty Thousand Dollars ($50,000) in January, 2007 and in each month thereafter, to and including August, 2008. If the Hospital is sold prior to August, 2008, or otherwise disposed of in circumstances in which the Hospital no longer controls the day to day operations, all remaining payments due hereunder will be accelerated and will be paid within thirty (30) days after consummation of the sale.

3. **General Release.** (a) T. Curtis acknowledges that the payments made hereunder provide adequate consideration for its promises in this Agreement. In exchange for the payments made hereunder, and except for those obligations created by or arising out of this Agreement, T. Curtis hereby fully releases and discharges DCHC, the Hospital and the subsidiaries, affiliates, directors, officers, insurers, employees, attorneys and successors of all of them (the "DCHC Releasees") from any and all claims, compensation, demands, rights, actions, suits, damages, attorneys' fees, and liabilities of whatever kind, whether actual or potential, now known or unknown, which T. Curtis now has, owns or holds, or in the future may have, own or hold, arising out of or in any way connected with the Revenue Cycle Agreement or the termination of the Revenue Cycle Agreement, whether based on any alleged breach of a duty arising in statute, contract, tort or other common law theory, an alleged unlawful act, any other claim or cause of action, and regardless of the forum in which it may be brought. Excluded from this release is any right or claim which cannot be waived by law. T. Curtis understands this is a GENERAL RELEASE to be construed in the broadest possible way permitted by law.

09/12/2006  08:28    4803489800                    DCHC                              PAGE  03

(b)    DCHC and Hospital hereby fully release and discharge T. Curtis and the subsidiaries, affiliates, directors, officers, insurers, employees, attorneys and successors of all of them (the "T. Curtis Releasees") from any and all claims, compensation, demands, rights, actions, suits, damages, attorneys' fees, and liabilities of whatever kind, whether actual or potential, now known or unknown, which DCHC or Hospital now has, owns or holds, or in the future may have, own or hold, arising out of or in any way connected with the Revenue Cycle Agreement or the termination of the Revenue Cycle Agreement, whether based on any alleged breach of a duty arising in statute, contract, tort or other common law theory, an alleged unlawful act, any other claim or cause of action, and regardless of the forum in which it may be brought. Excluded from this release is any right or claim which cannot be waived by law, and any claim arising out of a third-party claim against DCHC or Hospital that alleges that T. Curtis' performance under the Revenue Cycle Agreement damaged such third party. DCHC and Hospital understand this is a GENERAL RELEASE to be construed in the broadest possible way permitted by law.

4.    **Covenant Not To Sue.**  A "covenant not to sue" is a legal term that means a person promises not to file or commence a lawsuit or other legal proceeding. It is different from the General Release of claims contained in the previous paragraph. Besides waiving and releasing the claims covered in Paragraph 3, T. Curtis promises never to file or prosecute any legal claim of any kind against any of the DCHC Releasees in any federal, state or municipal court, asserting any claims that are released by this Agreement. T. Curtis represents that, as of the date it signs this Agreement, it has not filed or caused to be filed any claims against any of the DCHC Releasees. <u>This covenant not to sue does not apply to suits arising out of breaches of this Agreement by Hospital or DCHC.</u>

09/12/2006  08:28    4803489800                       DCHC                                PAGE  04
AUG-15-2006 03:20P FROM:              14048941980      TO:12025478342          P.2/2
08/15/2006 15:46    2025478342                    ROBINSON GERALDO           PAGE  07

8.   **Entire Agreement.**  This Agreement comprises the entire agreement of the parties and supersedes and cancels all previous negotiations and agreements in connection with the subject matter of this Agreement.

9.   **Severability.**  If any provision of this Agreement or the application thereof is held to be invalid, the invalidity shall not affect other provisions or applications of the Agreement.

10.  **Modification.**  This Agreement may not be modified in any manner, except in writing signed by each of the parties hereto.

11.  **Governing Law.**  This Agreement shall be construed in accordance with the laws of the District of Columbia, without regard to the conflicts of law principles thereof.

IN WITNESS WHEREOF, and intending to be legally bound, the parties have signed below.

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I
By _____
Name _Eric A. Mounce_____
Title _____

DOCTORS COMMUNITY HEALTHCARE
CORPORATION
By _____
Name _Eric A. Mou_____
Title _____

T. CURTIS & COMPANY, P.C.
By _____
Name _TANYA R. CURTIS_____
Title _PRESIDENT & CEO_____

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

T. Curtis & Company, P.C.
8957 P Edmonston Road
Greenbelt, MD 20770

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Manuel R. Geraldo
Robinson & Geraldo
1316 Pennsylvania Ave., SE
Washington, DC 20003
(202) 544-2888

## DEFENDANTS

Envision Hospital Corporation and
Greater Southeast Community Hospital Corporation I

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF

Case: 1:07-cv-02259
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/17/2007
Description: CONTRACT

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ● 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ● 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- ☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ● M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ◉ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC §1332. Plaintiff entered into a settlement agreement with defendants and defendants are in default. Entire balance of $1,075,000.00 is due.

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 1,075,000.00   Check YES only if demanded in complaint
JURY DEMAND: YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE 12/17/2007   SIGNATURE OF ATTORNEY OF RECORD _Manuel R. Geraldo_

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

- I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

- III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

- IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

- VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

- VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.