CO-386-online
10/03

# United States District Court
# For the District of Columbia

T. Curtis & Company, P.C. )
)
)
)
vs Plaintiff )   Civil Action No. __07 2259__
)
Envision Hospital Corporation and )
Greater Southeast Community Hospital )
Corporation I )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __T. Curtis & Company, P.C.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __not applicable__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

__260216__
BAR IDENTIFICATION NO.

Manuel R. Geraldo
Print Name

1316 Pennsylvania Ave., SE
Address

WASHINGTON, DC     20003
City     State     Zip Code

(202) 544-2888
Phone Number