AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 12/27/07 |
| NAME OF SERVER (PRINT) Billy T Edwards Jr | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Melanie Henderson @ work
1015 15TH STREET NW SUITE 1000 Washington, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/27/07              Billy T Edwards Jr
              *Date*                 *Signature of Server*

                                   **B T EDWARDS PROCESS SERVICE**
                                   **6501 Gold Yarrow Lane**
                   *Address of Server*  **Upper Marlboro, MD 20772-4022**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | 12/27/07 |
| NAME OF SERVER (PRINT) Billy T Edwards Jr | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Melanie Henderson @ work
1015 15th Street NW Suite 1000 Washington, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-27-07      *Signature of Server* Billy T Edwards Jr
            *Date*

*Address of Server*
B T EDWARDS PROCESS SERVICE
6501 Gold Yarrow Lane
Upper Marlboro, MD 20772-4022

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.