AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

T. Curtis & Company, P.C.
8957 P Edmonston Road
Greenbelt, MD 20770

**SUMMONS IN A CIVIL CASE**

V.

Envision Hospital Corporation
and
Greater Southeast Community Hospital
Corporation I

Case: 1:07-cv-02259
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/17/2007
Description: CONTRACT

TO: (Name and address of Defendant)

Envision Hospital Corporation
Serve: CT Corporation System
       1015 15th Street, NW
       Suite 1000
       Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Manuel R. Geraldo, Esquire
Robinson & Geraldo
1316 Pennsylvania Ave., SE
Washington, DC 20003
(202) 544-2888

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

DEC 17 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  12/27/07 |
| NAME OF SERVER (PRINT)  Billy T Edwards Jr | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Melanie Henderson @ work
1015 15TH STREET NW SUITE 1000 Washington, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/27/07          Billy T Edwards Jr
                Date                Signature of Server

            Address of Server
**B T EDWARDS PROCESS SERVICE
6501 Gold Yarrow Lane
Upper Marlboro, MD 20772-4022**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

T. Curtis & Company, P.C.
8957 P Edmonston Road
Greenbelt, MD 20770

**SUMMONS IN A CIVIL CASE**

V.

Envision Hospital Corporation
and
Greater Southeast Community Hospital
Corporation I

Case: 1:07-cv-02259
Assigned To : Sullivan, Emmet G.
Assign. Date : 12/17/2007
Description: CONTRACT

TO: (Name and address of Defendant)

Greater Southeast Community Hospital Corporation I
Serve: CT Corporation System
       1015 15th Street, NW
       Suite 1000
       Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Manuel R. Geraldo, Esquire
Robinson & Geraldo
1316 Pennsylvania Ave., SE
Washington, DC 20003
(202) 544-2888

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          DEC 17 2007

CLERK                            DATE

_[signature]_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/27/07 |
| NAME OF SERVER (PRINT) Billy T Edwards Jr | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Melanie Henderson @ work
1015 15th Street NW Suite 1000 Washington, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-27-07              Billy T Edwards Jr
                Date                      Signature of Server

Address of Server:
**B T EDWARDS PROCESS SERVICE**
**6501 Gold Yarrow Lane**
**Upper Marlboro, MD 20772-4022**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.