IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. CURTIS & COMPANY, P.C.<br>8957 Edmonston Road<br>Greenbelt, MD 20770<br><br>   Plaintiff,<br><br>vs.<br><br>ENVISION HOSPITAL CORPORATION<br>(f/k/a Doctors Community Healthcare Corp.)<br> A Delaware Corporation<br>Serve: CT Corporation System<br>  1015 15th Street, N.W.<br>  Suite 1000<br>  Washington, DC 20005<br><br>   and<br><br>GREATER SOUTHEAST COMMUNITY<br> HOSPITAL CORPORATION I<br> A Delaware Corporation<br>Serve: CT Corporation System<br>  1015 15th Street, N.W.<br>  Suite 1000<br>  Washington, DC 20005<br><br>   Defendants. | Case No.1:07-CV-02259 (EGS) |

**ANSWER TO COMPLAINT**

COME NOW Defendants, Envision Hospital Corporation ("EHC") and Greater Southeast Community Hospital Corporation I ("Greater Southeast"), and for their answer to the Complaint herein, state as follows:

1. The allegations contained in Paragraph 1 of the Complaint require no response by the Defendants; however, Defendants deny they owe Plaintiff the sum alleged therein.

2. Defendants admit that EHC was formerly known as Doctors Community Healthcare Corporation as alleged in Paragraph 2 of the Complaint; Defendants deny that as of the date the filing of the Complaint, EHC was the parent company of Greater Southeast Community Hospital Corporation I although, said Defendants admit that at some point prior to the initiation of the instant lawsuit, Greater Southeast was owned by Defendant EHC.

3. Defendants admit the allegations contained in Paragraph 3 of the Complaint.

4. Defendants admit the allegations contained in Paragraph 4 of the Complaint.

5. Defendants admit the allegations contained in Paragraph 5 of the Complaint.

6. The allegations contained in Paragraph 6 of the Complaint require no response by the Defendants.

7. Defendants deny the allegations contained in Paragraph 7 of the Complaint.

8. Defendants admit the allegations contained in Paragraph 8 of the Complaint.

9. Defendants admit the allegations contained in Paragraph 9 of the Complaint.

10. Defendants admit the allegations contained in Paragraph 10 of the Complaint.

11. Defendants deny the allegations contained in Paragraph 11 of the Complaint because they do not fully set forth the provisions of the referenced Agreement.

12. Defendants admit the allegations in Paragraph 12 of the Complaint that the Plaintiff received payments through June 2007, but demand strict proof of the remaining allegations contained therein.

13. Defendants deny the allegations contained in Paragraph 13 of the Complaint.

14. Defendants admit the allegations contained in Paragraph 14 of the Complaint as they pertain to EHC only.

15. Defendants deny the allegations contained in Paragraph 15 of the Complaint.

16. Defendants admit that Plaintiff requested payment as alleged in Paragraph 16 of the Complaint, but deny that the amount claimed is owed.

17. All allegations of the Complaint not expressly admitted are hereby denied.

**WHEREFORE**, the premises considered, Defendants pray that this Honorable Court dismiss the Complaint against them, or in the alternative, enter judgment in their favor and against the Plaintiff.

Respectfully Submitted,
Law Office of Ronald C. Jessamy, PLLC

/s/ Ronald C. Jessamy, Sr.
Ronald C. Jessamy, Sr.
D.C. Bar No. 192898
1200 G Street, N.W., Suite 800
Washington, D.C. 20005
(202) 434-8358
rjessamy@jessamylaw.com

Attorney for Defendants

3

## Certificate of Service

I hereby certify that a copy of the foregoing Answer to Complaint was sent electronically via the Court's Electronic Case Filing system to:

Manuel R. Geraldo, Esquire
ROBINSON & GERALDO
1316 Pennsylvania Avenue, S.E.
Washington, D.C. 20003

/s/ Ronald C. Jessamy, Sr.
Ronald C. Jessamy, Sr.