IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. Curtis & Company, P.C. | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No.1:07-CV-02259 (EGS)<br>) |
| ENVISION HOSPITAL CORPORATION,<br>*et al.* | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**CERTIFICATE REQUIRED BY LCvR 7.1 of the LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant Envision Hospital Corporation, which has also assumed the defense in the above-captioned case of Greater Southeast Community Hospital Corporation I, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Envision Hospital Corporation which have any outstanding securities in the hands of the public:

**None**

Respectfully Submitted,
Law Office of Ronald C. Jessamy, PLLC

/s/ Ronald C. Jessamy, Sr.
Ronald C. Jessamy, Sr.
Bar No. 192898
1200 G Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 434-8358

Attorney for Defendant