UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

T. CURTIS & COMPANY, P.C.           *

    Plaintiff
                                                    *

Vs.                                                    **CASE NO: No.: 1:07-CV-02259**
                                                    *

ENVISION HOSPITAL CORPORATION
(f/k/a Doctors Community Healthcare Corp.)*

                                                     *

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I           *

    Defendants                      *

---

### REPORT TO THE COURT PURSUANT TO LCvR 16.3

The Parties respectfully submit the following report to this Honorable Court pursuant to LCvR 16.3 and this Court's Order dated January 17, 2008:

1.    The Plaintiff believes that the case is likely to be disposed of by motion. The Defendant believes that the case is likely to be disposed of by motion. See Paragraph 6.

2.    There are no other parties to be joined. Not applicable to the rest.

3.    The parties agree that this case should be assigned to a magistrate judge.

4.    The parties see a realistic possibility of settling the case at this point. Settlement is subject to defendant Envision obtaining new financing.

5.    Counsel for the parties have discussed the prospects of utilizing the Court's alternative dispute resolution procedures. The parties do not believe that ADR would be useful at this time in view of paragraph 6. If the case is not resolved by summary judgment then arbitration would be useful.

6.  The parties believe that the case can be resolved by summary judgment motion;

7.   The parties stipulate to dispense with the initial disclosures required by Rule 26 (a)(1), F.R. Civ. P.

8. The parties agree that discovery shall be completed on or before April 4, 2008. Plaintiff served interrogatories on defendant Envision Hospital Corporation on January 17, 2008. Plaintiff also served Request for Admissions on Defendant Envision on February 15, 2008. The parties agree that each will provide all documents each have pertaining to the subject matter of this suit. The parties shall not be prohibited from seeking leave of court to expand these agreed upon limits upon a showing of good cause.

9. The parties agree that there is no necessity to modify the requirements under Rule 26(a) (2) Fed.R.Civ.P., with respect to expert witness; the depositions of all experts shall be completed within thirty (30) days of trial.

10. The instant case is not a class action and the Plaintiff has no current plans to seek its designation as such.

11. The parties agree that neither the trial nor the discovery should be bifurcated or managed in phases.

12. The parties suggest that the pre-trial conference be held on June 2, 2008 and that the trial date be set within 30- 60 days after the pre-trial.

13. The parties suggest that it is premature to set a date for trial at this point.

14. None at this time.

Respectfully Submitted,

Robinson & Geraldo, P.C.

BY: /s/_____
Manuel R. Geraldo
D.C. Bar No. 260216
1316 Pennsylvania Ave., SE
Washington, D.C. 20003
Tel. (202) 544-2888
Fax (202) 547-8342
Email mgeraldo@rglaw.net
Attorney for Plaintiff

and

2

Law Office of Ronald C. Jessamy, PLLC

/S/
Ronald C. Jessamy, Sr.
D.C. Bar No.: 192898
1200 G Street, NW, Suite 800
Washington, DC 20005
Tel. (202) 434-8358
Fax (202) 434-8359
Email rjessamy@jessamylaw.com
Counsel for defendants
Envision Hospital Corporation
Greater Southeast Community Hosp Corp I

3