UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

T. CURTIS & COMPANY, P.C.           *

    *Plaintiff*,
                                    *
vs.                                 CASE NO: 1:07-CV-02259 (DAR)
                                    *
ENVISION HOSPITAL CORPORATION
(f/k/a Doctors Community Healthcare Corp.)*

and                                 *

                                    *
GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I              *

    *Defendants*.                  *

**CONSENT MOTION
TO CONTINUE SCHEDULING CONFERENCE DATE**

COME NOW Defendants Envision Hospital Corporation and Greater Southeast Community Hospital Corporation I, by and through their undersigned attorney, and respectfully request this Honorable Court to continue the Scheduling Conference date the above-captioned case that is currently set for March 28, 2008 at 10:00 a.m. The reason for this request is that the undersigned counsel for Defendants has three matters that were already scheduled in the Superior Court of the District of Columbia when the notice of the scheduling conference was received. (See, Exhibits 1, 2, and 3 attached hereto). The Court will please note that counsel for both parties are available on April 3, 2008.

Defendants' counsel consulted with the Plaintiff's

counsel about the scheduling conflict and the Plaintiff's counsel has given his client's consent to the relief requested in this motion.

**WHEREFORE**, Defendants respectfully request that this Honorable Court enter an order granting the motion to continue the Scheduling Conference until April 3, 2008.

Respectfully submitted,
LAW OFFICE OF RONALD C. JESSAMY, PLLC


/s/Ronald C. Jessamy
RONALD C. JESSAMY
D.C. Bar No. 192898

1200 G Street, NW
Suite 800
Washington, DC 20005
(202) 434-8358
rjessamy@jessamylaw.com

Attorney for Defendants


### Certificate of Service

I hereby certify that a copy of the foregoing Consent Motion to Continuance Scheduling Conference Date was e-served on this 21st day of March 2008 via the Court's Pacer System to:

Manuel R. Geraldo, Esquire
ROBINSON & GERALDO, P.C.
1316 Pennsylvania Ave., S.E.
Washington, D.C. 20003


/s/Ronald C. Jessamy
Ronald C. Jessamy

Exhibit 1

Case 1:07-cv-02259-DAR    Document 9-2    Filed 03/21/2008    Page 1 of 6

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**January 14, 2008**

CASE NAME:    BAYLOR AND JACKSON, P.L.L.C. Vs. HENRY THOMAS et al

CASE NO.    2007 CA 006379 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below. All parties shall appear before Judge BRIAN F HOLEMAN

**HEARING DATE: Friday, March 28, 2008**
**TIME: 9:30 am**
**LOCATION:  515 5th Street NW**
            **Courtroom A-49**
            **WASHINGTON, DC  20001**

**PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.**

Civil Division

Exhibit 2

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**March 14, 2008**

CASE NAME:   AUDREY HALL et al Vs. DELAWARE AVENUE BAPTIST CHURCH, INC. et al

CASE NO.   2008 CA 000663 B

The above-captioned Civil Actions case has been scheduled for Status Hearing on the date and time shown below. All parties shall appear before Judge THOMAS J MOTLEY

**HEARING DATE: Friday, March 28, 2008**
**TIME: 10:30 am**
**LOCATION:  500 Indiana Avenue N.W.**
**Courtroom 112**
**WASHINGTON, DC  20001**

**PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.**

Civil Division

Exhibit 3

Case 1:07-cv-02259-DAR    Document 9-2    Filed 03/21/2008    Page 5 of 6

THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

February 21, 2008

CASE NAME:     SCOTTSDALE INSURANCE COMPANY Vs. ZANZIBAR ON THE WATERFRONT

CASE NO.       2007 CA 004869 B

The above-captioned Civil Actions case has been scheduled for Status Hearing on the date and time shown below. All parties shall appear before Judge ODESSA F VINCENT

**HEARING DATE: Friday, March 28, 2008**
**TIME: 11:30 am**
**LOCATION:  510 4th Street, NW**
**            Courtroom B-52**
**            WASHINGTON, DC  20001**

**PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.**

Civil Division

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| T. CURTIS & COMPANY, P.C. | * | |
| *Plaintiff,* | | |
| | * | |
| vs. | | CASE NO: 1:07-CV-02259 (DAR) |
| | * | |
| ENVISION HOSPITAL CORPORATION (f/k/a Doctors Community Healthcare Corp.) | * | |
| and | * | |
| | * | |
| GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I | * | |
| *Defendants.* | * | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO CONTINUE SCHEDULING CONFERENCE DATE**

Defendants Envision Hospital Corporation and Greater Southeast Community Hospital Corporation I, respectfully rely upon LCvR 7 and LCvR 16.1(b) of the Local Rules of this Honorable Court in support of their Motion to Continue Scheduling Conference Date.

                Respectfully submitted,
                LAW OFFICE OF RONALD C. JESSAMY, PLLC

                /s/Ronald C. Jessamy
                RONALD C. JESSAMY
                Bar No. 192898
                1200 G Street, NW
                Suite 800
                Washington, DC 20005
                (202) 434-8358
                (202) 434-8359 fax
                rjessamy@jessamylaw.com

                Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

T. CURTIS & COMPANY, P.C.                  *

    *Plaintiff*,
                                      *

vs.                                        **CASE NO: 1:07-CV-02259 (DAR)**
                                      *

ENVISION HOSPITAL CORPORATION
(f/k/a Doctors Community Healthcare Corp.)*

and                                        *

                                      *
GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I                     *

    *Defendants*.                            *

## Proposed Order

This matter is before the Court on the Defendants' Consent Motion to Continue Scheduling Hearing Date; it appearing to the Court the good cause has been shown, it is this _____ day of _____, 2008

**ORDERED**, that the Scheduling Hearing Date set for March 28, 2008 at 10:00 a.m., is hereby vacated and is rescheduled for April ___, 2008 at _____.

 

                                                      _____
                                                      Deborah A. Robinson
                                                      Magistrate Judge

2

Copies to:

Manuel R. Geraldo, Esquire
1316 Pennsylvania Avenue, SE
Washington, DC 20003

Ronald C. Jessamy, Esquire
1200 G Street, NW, Suite 800
Washington, DC