UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

T. CURTIS & COMPANY, P.C.         *

   *Plaintiff*,
                                     *

vs.                                                       **CASE NO: 1:07-CV-02259 (DAR)**
                                     *

ENVISION HOSPITAL CORPORATION
(f/k/a Doctors Community Healthcare Corp.)*

and                                            *

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I        *

   *Defendants*.                   *

**PRAECIPE**

The Court will please note that Defendants Envision Hospital Corporation and Greater Southeast Community Hospital Corporation I, will not be submitting a response to Plantiff's pending Motion for Summary Judgment.

                              Respectfully submitted,
                              LAW OFFICE OF RONALD C. JESSAMY, PLLC

                              /s/Ronald C. Jessamy
                              RONALD C. JESSAMY
                              Bar No. 192898
                              1200 G Street, NW
                              Suite 800
                              Washington, DC 20005
                              (202) 434-8358
                              (202) 434-8359 fax
                              rjessamy@jessamylaw.com

                              Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

T. CURTIS & COMPANY, P.C.                *

    *Plaintiff,*
                                       *

vs.                                      **CASE NO: 1:07-CV-02259 (DAR)**
                                       *

ENVISION HOSPITAL CORPORATION
(f/k/a Doctors Community Healthcare Corp.)*

and                                      *

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I                   *

    *Defendants.*                             *

**PRAECIPE**

    The Court will please note that Defendants Envision Hospital Corporation and Greater Southeast Community Hospital Corporation I, will not be submitting a response to Plantiff's pending Motion for Summary Judgment.

                    Respectfully submitted,
                    LAW OFFICE OF RONALD C. JESSAMY, PLLC

                    /s/Ronald C. Jessamy
                    RONALD C. JESSAMY
                    Bar No. 192898
                    1200 G Street, NW
                    Suite 800
                    Washington, DC 20005
                    (202) 434-8358
                    (202) 434-8359 fax
                    rjessamy@jessamylaw.com

                    Attorney for Defendants