**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

T. CURTIS & COMPANY, P.C.             *

   *Plaintiff*,
                                *

vs.                                       **CASE NO: 1:07-CV-02259 (DAR)**
                                *

ENVISION HOSPITAL CORPORATION
(f/k/a Doctors Community Healthcare Corp.)*

and                                     *

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I        *

   *Defendants*.                   *

**PRAECIPE**

    The Court will please note that Defendants Envision Hospital Corporation and Greater Southeast Community Hospital Corporation I, will not be submitting a response to Plantiff's pending Motion for Summary Judgment.

                      Respectfully submitted,
                      LAW OFFICE OF RONALD C. JESSAMY, PLLC

                      /s/Ronald C. Jessamy
                      RONALD C. JESSAMY
                      Bar No. 192898
                      1200 G Street, NW
                      Suite 800
                      Washington, DC 20005
                      (202) 434-8358
                      (202) 434-8359 fax
                      rjessamy@jessamylaw.com

                      Attorney for Defendants