UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

T. CURTIS & COMPANY, P.C.            *

    Plaintiff
                                     *
Vs.                                          **CASE NO: No.: 1:07-CV-02259**
                                     *
ENVISION HOSPITAL CORPORATION
(f/k/a Doctors Community Healthcare Corp.)*

                                     *
GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I               *

    Defendants                       *

---

## JOINT STATUS REPORT

The Parties respectfully submit the following status report to this Honorable Court pursuant to this Court's Order dated June 26, 2008:

The parties are very near settlement. They have agreed to the major terms of settlement and are now drafting the language of the agreement and the details of the terms and conditions. The parties have exchanged drafts of settlement agreements. The parties and counsel require another ten days within which hopefully to complete settlement.

The parties ask that they be allowed to report back to the Court on or before July 11, 2008 on the status of this case.

        Respectfully Submitted,

        Robinson & Geraldo, P.C.


        BY: /s/_____
        Manuel R. Geraldo, D.C. Bar No. 260216
        1316 Pennsylvania Ave., SE
        Washington, D.C.  20003
        Tel. (202) 544-2888
        Fax (202) 547-8342
        Email mgeraldo@rglaw.net
        Attorney for Plaintiff

and
Law Office of Ronald C. Jessamy, PLLC


_____/S/_____
Ronald C. Jessamy, Sr.
D.C. Bar No.: 192898
1200 G Street, NW, Suite 800
Washington, DC 20005
Tel. (202) 434-8358
Fax (202) 434-8359
Email rjessamy@jessamylaw.com
Counsel for defendants
Envision Hospital Corporation
Greater Southeast Community Hosp Corp I