UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| T. CURTIS & COMPANY, P.C. | * | |
|     Plaintiff, | | |
| | * | |
| vs. | | CASE NO: No.: 1:07-CV-02259 |
| | * | |
| ENVISION HOSPITAL CORPORATION (f/k/a Doctors Community Healthcare Corp.) | * | |
| and | * | |
| | * | |
| GREATER SOUTHEAST COMMUNITY    HOSPITAL CORPORATION I | * | |
|     Defendants. | * | |

## PRAECIPE

The Parties respectfully request this court to dismiss this case as they have settled the claims herein. The filing of this Praecipe and dismissal is subject to the terms and conditions of a Release and Settlement Agreement entered into between the parties and Paul R. Tuft with the effective date of July 11, 2008.

Respectfully Submitted,

Robinson & Geraldo, P.C.

BY: /s/ _____
    Manuel R. Geraldo
    D.C. Bar No. 260216
    1316 Pennsylvania Ave., SE
    Washington, D.C. 20003
    Tel. (202) 544-2888
    Fax (202) 547-8342
    Email mgeraldo@rglaw.net

Attorney for Plaintiff

and

Law Office of Ronald C. Jessamy, PLLC

BY: /s/ _____
    Ronald C. Jessamy, Sr.
    D.C. Bar No.: 192898
    1200 G Street, NW, Suite 800
    Washington, DC 20005
    Tel. (202) 434-8358
    Fax (202) 434-8359
    Email rjessamy@jessamylaw.com

Counsel for Defendants
Envision Hospital Corporation and
Greater Southeast Community Hosp Corp I